**No. 39888.—**Protest 959912–G of Wing Woh Chong Hing Kee Co. (New York).

492

Opinion by EVANS, J.   It appeared that the merchandise is dried edible fungus. It was therefore held dutiable at 35 percent under paragraph 775 as claimed.